253

Opinion by Mollison, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the items marked "B" were held dutiable at 12½ percent ad valorem under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "C" were held dutiable at 20 percent under said paragraph, as modified by said T. D. 51802.

**No. 58660.**—Donalds, Ltd., Inc. *v.* United States, protests 178493–K, 178494–K, and 178495–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the holders of the vapex inhalers are similar in all material respects to those the subject of *Donalds Ltd., Inc.* v. *United States* (32 Cust. Ct. 310, C. D. 1619), it was held that the holders are not subject to the additional duties under section 504, and that said holders, together with their containers, are properly dutiable at 25 percent under paragraph 5.

**No. 58661.**—Dodge & Olcott, Inc. *v.* United States, protest 189342–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.

**No. 58662.**—Ungerer & Co., Inc. *v.* United States, protest 224638–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.

**No. 58663.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 228389–K, etc. (New York).